Run: 5/30/24   7:15AM                                         01/12/2021   04:47        Page:   1

PEARL BOOKING 30

## Booking ID: BOOK2021013310

## RELEASE SHEET



| | | | | | |
|---|---|---|---|---|---|
| **Full Name :** | CHRISTOPHER CURTIS MACK | | | | |
| **Address :** | | | | | |
| **DOB:** | ■■■ | **Age** | 35 | **Height** | 5'07" |
| **Race :** | W | **Sex** | M | **Weight** | 170 |

**Booking Type:** OTHER
**Booking Date :** 1/12/2021 2:42:30 AM
**Booking Agency:** PEARL POLICE DEPARTMENT

### RELEASE INFORMATION

**Release Type :** Time Served
**Actual ReleaseDate:** 1/12/2021 2:45:23 AM
**Releasing Officer:** BRANDON HUGH JORDAN
**Releasing Supervisor:** BRANDON HUGH JORDAN
**Release Notes:**

### CHARGES

**Statute Descrption:** POSSESSION OF MARIJUANA SCHEDULE I
  **Charge Category:** MIS          **RSA:** 41-29-139(c)
  **Arresting Agency:** PPD         **Bond Amount:** 1,500.00
  **Charge Notes:**

                          **Total Bond Amount:** **$1,500.00**

### PROPERTY

| Item Name | Is Contraband | Property Type | Description |
|---|---|---|---|

### BOND PAYMENTS

**Total Bond Amount:** **$1,500.00**                    **Remaining Balance: $1,500.00**
  **Bondsman Type**        **Bondsman**          **Bond Type**          **Amount Paid**

                                                                   **Total Bond Payment:**

1/12/2021 2:45:59 AM                                                           1 of 1

## EXHIBIT 1

Run: 5/30/24   7:15AM                                           01/12/2021  04:48      Page:   1
P2 30

# PROPERTY RECEIPT

**Full Name:** CHRISTOPHER CURTIS MACK
**Booking Number:** BOOK2021013310
**Address :**

## PROPERTIES

| Type | Name | Storage | Release DateTime |
|------|------|---------|------------------|

Properties Returned : **0**                    Properties Not Returned : **0**

_____                    _____
**OFFICER SIGNATURE**                              **INMATE SIGNATURE**

1/12/2021  46

Run: 5/30/24   7:15AM                                                01/12/2021   04:48   Page: 1
BOOKING 30

## RANKIN COUNTY JAIL
Booking Sheet: RCJ2021010076                                   Page: 1

**ID #: 26799**
**Name:** MACK, CHRISTOPHER CURTIS
**Address:** 431 E. 7TH AVE.
           MORTON, MS 391170000
**Phone(Home/Business):** (601) 955-4914     (000) 000-0000

| | | |
|---|---|---|
| DOB: | Age: 35 YRS | Height: 5-7 |
| Race: W | Sex: M | Weight: 190 |
| Eyes: GRN | Ethnicity: N | Appearance: 40 |
| Hair: BRO | Resident: R | Build: 2 |
| Scars/Marks/Tattoos: | Complexion: 06 | Birth Place: MS |
| Employer: UNEMPLOYED | FBI ID: | IdentA: |
| SSN: | DL No.: | State ID: |

**Booking Date:** 01/12/21  **Time:** 3:51      **Transfer(Y/N)?**       **Facility:** RCJ
**Arrest Date:** 01/12/21  **Time:** 3:51      **Booking Officer:** 2008080053   CLARK, MARK
**Arresting Agency:** PRL                      **Cell Assignment:** AC214241
**Officer:** JORDAN   Name not found          **Status:** PMISD      **Class:** C214
**Location:**                                  **Hold Reason:**       **Court Date:** 07/08/21
         PEARL                 MS              **Holding For:**
**Searched By:** J30                           **Phone Call:** Y   **Sentence Date:**   / /
  CLOTHING: Y       NCIC:       JAIL RULES Y   **Scheduled Release:**   / /   0:00
  METAL:            WARRANT: Y                 **Probation Off./Atty.:**
  PAT: Y            PRINTS: Y                  **Bondsman:**
  STRIP: Y          PHOTO: Y                   **Supplemental To:**
  CAVITY:           VNR:                       **Drug Screen:**

**Cash:**  $151.45   **Vehicle Information:**
**Vehicle Location:**
**Property Description:**                               **Property Location:** 214
1 WATCH, 1 SET OF KEYS, 1 NECKLACE, 1 PHONE AND CHARGER, 1 KEY CARD. GRAY PULLOVER, BLUE JEANS, BLACK SHOES, BROWN BELT, TOBOGGAN.

### OFFENSES

| Seq.No.: | Code: Statute (RSA) | Description: Incident Number | Warrant Number | Court Fel/Misd | Bond Amt: Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| Notes: | Reference Number: | | | | | |
| 1 | 0473 41-29-139 (c)(2)(a) | POSSESSION OF MARIJUANA (LESS THAN AN OUNCE PRI. RCJ2021020076 | | M | 1,500.00 0.00 | SB |

PM

### JAIL PROPERTY ISSUED

| Item Code/Description: Date/Time: | Issued by: | Serial No.: Condition: | Quantity: | Inventory No.: Cost: | Total Cost: |
|---|---|---|---|---|---|
| BK  UNIFORM AND SHOES 01/12/2021  03:57 | 2008080053 | F | 1 | 0.00 | 0.00 |

## RANKIN COUNTY JAIL
Booking Sheet: RCJ2021010076

Page: 2

I HAVE RECIEVED THE ABOVE JAIL PROPERTY IN THE CONDITION STATED.
I UNDERSTAND I AM RESPONSIBLE FOR THIS PROPERTY UNTIL RETURN
OR REIMBURSEMENT IS MADE FOR DAMAGE OR LOSS INCURRED DURING MY USE.

Inmate's Signature: X C L. Mack     Date: _____   Time: _____

Witness: _____     Date: _____   Time: _____

Bond Total:  $1,500.00

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY, MONEY AND
VALUABLES AND FIND IT TO BE ACCURATE. I ALSO UNDERSTAND MY PHONE
CONVERSATIONS WILL BE MONITORED FOR SECURITY REASONS.

Inmate's Signature X C L. Mack   Date _____   Time _____

Witness _____   Date _____   Time _____

Booking Officer _____   Date 1/12/21   Time _____

Run: 5/30/24   7:15AM                                    01/13/2021  16:47      Page:  1

RLS SHEET...T10PM

## RANKIN COUNTY JAIL
Release Sheet: RCJ2021010076                                        Page: 1

**ID #:** 26799
**Name:** MACK, CHRISTOPHER CURTIS
**Address:** 431 E. 7TH AVE.
             MORTON, MS 391170000
**Phone(Home/Business)** (601) 955-4914   (000) 000-0000
**DOB:** [redacted]   **Age:** 35 YRS   **Height:** 5-7
**Race:** W   **Sex:** M   **Weight:** 190
**Eyes:** GRN   **Ethnicity:** N   **Appearance:** 40
**Hair:** BRO   **Resident:** R   **Build:** 2
**Scars/Marks/Tattoos:**   **Complexion:** 06   **Birth Place:** [redacted] MS
**Employer:** UNEMPLOYED   **FBI ID:**   **IdentA:**
**SSN:** [redacted]   **DL No.:**   **State ID:**

**Booking Date:** 01/12/21  **Time:** 3:51   **Transfer(Y/N)?**   **Facility:** RCJ
**Release Date:** 01/13/21  **Time:** 9:56   **Reason for Release:** A
**Officer:** 2019070191  AINSWORTH, KEELY   **Length of Stay:**
**Arrest Date:** 01/12/21  **Time:** 3:51   **Booking Officer:** 2008080053  CLARK, MARK
**Arresting Agency:** PRL   **Cell Assignment:** AC214140
**Officer:** JORDAN   Name not found   **Status:** PMISD   **Class:** C214
**Location:**   **Hold Reason:**
            PEARL                      MS   **Holding For:**
**Searched By:** J30                        **Sentence Date:**  / /
   **CLOTHING:** Y   **NCIC:**   **Phone Call:** Y   **Scheduled Release:**  / /  0:00
   **METAL:**   **WARRANT:** Y   **JAIL RULES** Y   **Court Date:** 07/08/21
   **PAT:** Y   **PRINTS:** Y   **Attorney:**
   **STRIP:** Y   **PHOTO:** Y   **Bondsman:**
   **CAVITY:**   **VNR:**   **Supplemental To:**
                                   **Drug Screen:**

**Cash:** $151.45  **Vehicle Information:**
**Vehicle Location:**
**Property Description:**                           **Property Location:** 214/416
1 WATCH, 1 SET OF KEYS, 1 NECKLACE, 1 PHONE AND CHARGER, 1 KEY CARD. GRAY PULLOVER, BLUE JEANS, BLACK SHOES, BROWN BELT, TOBOGGAN... PROP REL TO AMBER SELLERS... J63KA

### OFFENSES

| Seq.No. | Code | Description | Court | Bond Amt | Bond Type |
|---|---|---|---|---|---|
| Notes: | Incident Number | Statute (RSA) | Warrant Number | Fel/Misd | Fine Amount: |
| 1 | 0473 | POSSESSION OF MARIJUANA (LESS THAN AN OUNC | PRL | 1,500.00 | SB |
|  | RCJ2021020076 | 41-29-139 (c)(2)(a) |  | M | 0.00 |

PM... 1/12/2021... rel per PRL email... J63 KA
**Release Notes:**
1/13/2021... REL PER PRL EMAIL... J63KA

### JAIL PROPERTY ISSUED

**Item Code/Description:**                 **Serial No.:**           **Inventory No.:**
   **Date/Time Issued:**   **Issued by:**   **Condition:**  **Quantity:**  **Cost:**  **Total Cost:**
   **Date/Time Returned:**  **Returned by:**  **Condition:**

Run: 5/30/24   7:15AM                                                          01/13/2021  16:47      Page:   1
PG2...T10PM

## RANKIN COUNTY JAIL
Release Sheet: RCJ2021010076                                                   Page: 2

| BK | UNIFORM AND SHOES | | | | | |
|---|---|---|---|---|---|---|
| 01/12/2021 | 03:57 | 2008080053 | F | 1 | 0.00 | 0.00 |

I HAVE RECIEVED THE ABOVE JAIL PROPERTY IN THE CONDITION STATED.
I HAVE RETURNED THE PROPERTY OR REIMBURSED THE JAIL FOR THE VALUE
OF THE PROPERTY FOR DAMAGE OR LOSS INCURRED DURING MY USE.

Inmate's Signature: _C.C. Mack_   Date: _____   Time: _____

Witness: _____   Date: _____   Time: _____

Total Bond Amount:   $1,500.00

I HAVE RECEIVED ALL OF MY PROPERTY, MONEY AND VALUABLES AND FIND IT TO BE ACCURATE.

Inmate's Signature: _C. Mack_   Date _____   Time _____

Witness _____   Date _____   Time _____

Releasing Officer _Ainsworth J63_   Date _1/13/21_   Time _____

Authorized Release: 2019070191

IN THE MUNICIPAL COURT OF PEARL, RANKIN COUNTY, MISSISSIPPI

CITY OF PEARL

VS.  Christopher Mack , DEFENDANT

CASE NO. _____

Address _____, Telephone #s _____

I am charged with the following crime(s)  Poss of mj

## ORDER OF TRIAL SETTING

I AM ORDERED TO APPEAR FOR TRIAL ON THE ___ DAY OF _____, 20___ AT ___ ___M.

### DEFENDANT'S CONSTITUTIONAL RIGHTS

The Constitution guarantees me:
a. the right to plead not guilty to any crimes charged against me;
b. the right to an attorney at every stage of the proceedings against me;
c. the right to have an attorney appointed to represent me if I am indigent;
d. the right to a speedy and public trial;
e. the right to see, hear, and face in open court all witnesses called to testify against me, and the right to cross examine those witnesses;
f. the right to use the power and process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor;
g. the presumption of innocence, i.e., the State must prove beyond a reasonable doubt that I am guilty;
h. the right to take the witness stand and testify in my own behalf if I want to; if I do not wish to take the witness stand and testify, I further understand that this fact cannot be held against me;
i. I understand that unless I knowingly, willingly, and voluntarily agree to do so, I cannot be compelled to give testimony against myself in violation of my Fifth Amendment rights.

### DEFENDANT'S DUTIES

If I plead not guilty:
a. a trial will be set and I am required to appear for such trial;
b. if I appear for the trial and if I am convicted of the above-referenced crime(s), the conviction(s) may later be used against me for the purpose of increased or enhanced sentencing should I later be convicted of another criminal offense;
c. if I fail to appear for the trial
  (1). the trial may be conducted in my absence;
  (2). if I am tried in my absence and if am found guilty of any of the above crime(s):
    (a). a sentence (which may include jail time) will be imposed;
    (b). the conviction(s) may later be used against me for the purpose of increased or enhanced sentencing should I later be convicted of another criminal offense;
    (c). a warrant will be issued for my arrest;
  (3). a warrant may also be issued for my arrest for contempt of court for failing to comply with the court order to appear for trial on the specific date and at the specific time.

If I plead guilty or plead nolo contendere (no contest):
a. I am waiving each and every one of the Constitutional Rights described above;
b. I will be convicted of the above-referenced crime(s);
c. the conviction(s) may later be used against me for the purpose of increased or enhanced sentencing should I later be convicted of another criminal offense.

### WAIVER OF MY RIGHT TO AN ATTORNEY

I am able to read and write or have had this document read to me. I understand the paragraph above and I am knowingly and voluntarily waiving my right to an attorney.

13   Jan.   21   X C L Mack



**Pearl Police Department**
2561 Old Brandon Road • Pearl MS, 39208
Phone 601-932-3581 • Fax 601-863-3215
**Records Department**

**RELEASE FORM**

To: RCJ

From: M. Bilbro

Please release: Christopher Mack

Charge(s): Poss. of mj

_____ CASH BOND    X WRITTEN BOND

Thanks,

Meagan Bilbro _____ Court Clerk

# JAIL INCIDENT REPORT

**Incident Number:** 2021010107

Incident Date/Time: 01/12/2021  13:18:37       Incident Type: RULE INFRACTION

Incident Location: Sheriff's Office - Investigations

Incident Cause: non-compliant / combative inmate

## NARRATIVES (Facts):

Date/Time Entered:  01/12/2021  13:38:14        Entered By: MILLIS, SONYA

Chapman's Report

    I, Officer Hunter Chapman (J-72), was posted as an upstairs Line Officer on 1/12/21. At approximately 1145 hours, I was instructed to escort Inmate Mack, Christopher back into the jail from the Investigations Office in the Sheriff's Department. When I arrived, Inmate Mack began demanding to use the telephone. I informed Inmate Mack that he already recieved his initial phone call upon being booked into the jail and made contact with someone, so he would be immediately returning to his cell due to being on quarantine.

    Inmate Mack began raising his voice and aggressively arguing with me. I instructed Inmate Mack to walk out of the Sheriff's Office with me, and he refused to comply. Inmate Mack was fully shackled with a waist chain and leg irons, so I took Inmate Mack's left arm, attempting to escort him out of the office. Inmate Mack pulled away from me and came toward me violently as if attempting to head butt or strike me with his shoulder. I immediately reacted by striking him once in the face with a closed hand and attempted to take him down to the floor.

    Inmate Mack continued to resist and failed to comply with my commands. After placing him on the floor, I called Sgt. Bridges (J-41) via radio to come and assist me. I continued ordering Inmate Mack to comply by standing up and peacefully walking out of the Sheriff's Office. Inmate Mack eventually complied, Sgt. Bridges and myself began to escort him back into the jail. After entering the jail through Door 130, Inmate Mack began to resist again by pushing and pulling against us and dropping his weight to the floor.

    Sgt. Bridges and myself continued to assist Inmate Mack back to Pod 214/239. Inmate Mack made threats of violence toward us and stated that he was going to hurt one of us when the restraints were taken off. Once inside Cell 239, Inmate Mack was placed on the floor face down for safety and control. I instructed Inmate Mack to remain face down on the floor until the cell door was secured. The leg irons were removed and then the waist chain and cuffs were removed. Inmate Mack then began to push himself off of the floor, attempting to stand up while yelling "Okay, let's go".

    Inmate Mack grabbed my leg, attempting to make me fall to the floor. I began striking Inmate Mack with a closed hand, while the other listed Officers assisted by placing him back on the floor and placing his hands behind his back. Inmate Mack was handcuffed and taken to medical for assessment and treatment.

    End of Report - J-72 HC

Date/Time Entered:  01/12/2021  20:12:21        Entered By: MILLIS, SONYA

Crocker's Report:

On this date I was stationed as one of the booking officers. At approximately 1145, after returning from a hospital transport, I heard yelling and screaming coming from the triangle. I immediately responded to the situation and saw that Ofc. Chapman (J-72) and Sgt. Bridges (J-41) had inmate Mack, Christopher pinned to the wall because inmate Mack was uncompliant. Inmate Mack was fully shackled, but he was refusing to walk back to his cell.

At this point I assisted Ofc. Chapman (J-72) in escorting inmate Mack back to his cell in 214/239. On our way to the cell inmate Mack was making threats to hurt one of the officers once his restraints were removed. Once we entered cell 239, we placed inmate Mack on the floor to unshackle him.

Once we unshackled his ankles, hands, and waist he attempted to stand up and stated that he was ready to fight. He then grabbed Ofc. Chapman's leg, at which time Ofc. Chapman began striking him with a closed fist. At this point I pinned inmate Mack on the floor to gain compliance. After a few seconds he ceased his resisting. He was then handcuffed, and we exited the cell and escorted inmate Mack to medical to be assessed.

End of Report.
Michael Crocker J-52

Date:  5/30/2024       Time:  7:16 AM                                                                                       Page  1

# JAIL INCIDENT REPORT

**Incident Number:** 2021010107

Date/Time Entered: 01/12/2021 20:22:41     Entered By: MILLIS, SONYA

Black's Report

On 1/12/21 I was posted as the Medical Officer. At approximately 1145 I was escorting an inmate back to his cell. As I was returning to medical, I encountered Officer Chapman (J72), Sgt. Bridges(J41), and Officer Crocker(J52) escorting inmate Mack, Christopher back to his cell in pod 214.

Inmate Mack was acting in an aggressive manor, resisting, and not compiling to the officers commands. Inmate Mack was fully shackled and was refusing to walk back to his cell. At this time I assisted Sgt. Bridges, Officer Chapman, and Officer Crocker in escorting inmate Mack to cell 214 239.

Once in the cell, we placed Inmate Mack face down on the floor. Sgt. Bridges instructed inmate Mack to stop resisting while we removed the shackles. Inmate Mack began making violent threats towards us.

Once the shackles were removed, inmate Mack grabbed Officer Chapman by the leg like he was trying to make him fall. At this time inmate Mack began to get up and I began striking inmate Mack in his left rib cage with a closed fist to gain compliance.

Once we gained control of situation, inmate Mack was handcuffed behind his back and escorted to medical. I was advised to fill out a use of force and give it to Sgt. Bridges.

End of report...
M.BLACK J71

Date/Time Entered: 01/12/2021 21:12:48     Entered By: MILLIS, SONYA

Bridges Supplement:

On 1/12/2021 at around 1145 hours I Sgt. Joshua Bridges J-41 was conducting my duties as the shift supervisor on duty when the following occurred. Officer Chapman J-72 called me via radio and stated that he needed my assistance in the sheriff's office. When I entered the sheriff's office, Officer Chapman was forcefully escorting Inmate Christopher Mack out of the C.I.D department. Inmate Mack was yelling and actively resisting Officer Chapman, so I grabbed Inmate Mack by his shirt and assisted Officer Chapman in escorting him through door 130.

Once we were through door 130, Inmate Mack dropped himself to the floor and began screaming that he wanted to talk to the captain, because he had been assaulted. Officer Chapman and myself picked Inmate Mack up and placed him up against the wall beside door 159. I then attempted to get Inmate Mack to calm down, but he continued to scream and actively resist both of us. Lt. Thompson J-4, MSGT Murphy J-11 and Officer Crocker J-52 soon arrived and assisted in getting Inmate Mack to central horseshoe.

Officer Chapman, Officer Crocker, Officer Black, and I then escorted Inmate Mack to pod 214, and Inmate Mack stated to me "when we removed his restraints we would see what he was all about". Once we entered cell 214-239, I instructed Inmate Mack to lie face down on the floor and not move until his restraints were removed. Inmate Mack then fell on his back and refused to roll over onto his stomach. Officer Chapman and I then had to pick Inmate Mack up and place him on his stomach. Once the hand restraints were removed, Inmate Mack then began to yell "let's go" and began actively fighting. I then assisted the other listed officers in taking Inmate Mack back to the ground, where he continued actively fighting us. I then struck Inmate Mack several times in the face with a closed fist, in order to gain compliance. Once we were able to gain compliance, Inmate Mack was cuffed behind his back and escorted to medical to be checked out by the nurse.

After checking out Inmate Mack, Nurse Jennifer stated that per Dr. Zein, Inmate Mack would have to be sent out to the hospital for further evaluation. Inmate Mack was escorted to Rankin Merit by Officer Crocker J-52. END OF REPORT

J. Bridges J-41

**EVIDENCE COLLECTED:**

NO DATA ENTERED

**ACTION(S)/RECOMMENDATION(S):**

# JAIL INCIDENT REPORT

**Incident Number:** 2021010107

Date/Time Entered: 01/12/2021 21:15:38  Entered By: MILLIS, SONYA

Bridges Actions:

Inmate Christopher Mack was escorted to medical and transported to Rankin Merit by Officer Crocker J-52 per Dr. Zein. Inmate Mack returned from Rankin Merit and was cleared by the nurse to return to his cell. Use of force reports were filled out and signed by all officers involved and placed in Captain Vaughn R-5s box.

J. Bridges J-41

## SUPERVISOR/MANAGER REVIEW:

Date/Time Entered: 01/14/2021 10:04:51  Entered By: THOMPSON, AMANDA

Lt. Thompson's Review:
Video of incident unable to save due to DVR crash.
End of Review

Date/Time Entered: 01/15/2021 09:27:15  Entered By: MURPHY, DEBRA

Sgt. Murphy review

Inmate Mack, Christopher was release from RCADC on 1/13/2021 at 09:56

D. Murphy J11

## INFRACTION(S) INVOLVED:

| RCJR019 | ASSAULT BY THREAT | RCJR040 | NOT RESPECTING JAIL STAFF |
| RCJR025 | DISOBEYING STAFF COMMANDS | | |

## PARTIES INVOLVED:

Party Name: CHAPMAN, HUNTER  Involvement: OFFICER
Book Number (If Inmate):  Cell Assignment (If Inmate):

Party Name: BRIDGES, JOSHUA QUENTON  Involvement: OFFICER
Book Number (If Inmate):  Cell Assignment (If Inmate):

Party Name: CROCKER, MICHAEL ALLEN  Involvement: OFFICER
Book Number (If Inmate):  Cell Assignment (If Inmate):

Party Name: BLACK, MASON P  Involvement: OFFICER
Book Number (If Inmate):  Cell Assignment (If Inmate):

Party Name: MACK, CHRISTOPHER CURTIS  Involvement: PARTICIPANT
Book Number (If Inmate): RCJ2021010076  Cell Assignment (If Inmate): AC214239

Infraction: DISOBEYING STAFF COMMANDS
Infraction: ASSAULT BY THREAT
Infraction: NOT RESPECTING JAIL STAFF

# JAIL INCIDENT REPORT

**Incident Number:** 2021010121

Incident Date/Time: 01/12/2021 23:53:54   Incident Type: MEDICAL WATCH

Incident Location: Medical

Incident Cause: Medical Watch

## NARRATIVES (Facts):

Date/Time Entered: 01/12/2021 23:55:29   Entered By: MILLIS, SONYA

Bridges Report:

On 1/12/2021 Inmate Christopher Mack returned from Rankin Merit and was placed on medical watch by Dr. Zein.

J. Bridges j-41

## EVIDENCE COLLECTED:

NO DATA ENTERED

## ACTION(S)/RECOMMENDATION(S):

Date/Time Entered: 01/12/2021 23:58:43   Entered By: MILLIS, SONYA

Bridges Actions:

Inmate Christopher Mack was placed on Medical watch per Dr. Zein. An inmate watch form was filled out by medical and a copy was given to medical to be scanned in.

J. Bridges J-41

## SUPERVISOR/MANAGER REVIEW:

Date/Time Entered: 01/13/2021 08:12:38   Entered By: MURPHY, DEBRA

Sgt. Murphy's review

Handled by Officer.

D. Murphy J11

## INFRACTION(S) INVOLVED:

NO DATA ENTERED

## PARTIES INVOLVED:

Party Name: BRIDGES, JOSHUA QUENTON   Involvement: OFFICER
Book Number (If Inmate):   Cell Assignment (If Inmate):

Party Name: MACK, CHRISTOPHER CURTIS   Involvement: PARTICIPANT
Book Number (If Inmate): RCJ2021010076   Cell Assignment (If Inmate): AC214239