To whom it may concern,    Copy 1 of 2    10-21-24

My name is Christopher Curtis Mack #100256 I'm housed at CMCF prison in Pearl MS., I writing to see if and when my lawyer "Trent Walker" filed a 1983 lawsuit on my behalf in 2024 before I came back to prison and if he did the statues and info of my case, I have no way of contacting him at all now while locked up! I'm also requesting a "pro se" 1983 pack be sent to me! Can you please help me I was beat by the "Goon Squad" and have been on News for this I need some help A.SAP., thanks for your time and help and May God Bless you!

3:24-CV-306

Christopher Mack #100256
CMCF
PO Box 88550
Pearl, MS 39208

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 25 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Chris Mack