# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CHRISTOPHER MACK**                                                          **PLAINTIFF**

**v.**                                    **CAUSE NO. 3:24cv306-CWR-ASH**

**RANKIN COUNTY, MISSISSIPPI; RICKY DAVIS; et al.**          **DEFENDANTS**

_____

### PLAINTIFF'S UNUPPOSED MOTION TO STAY RULING ON [11] THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

**COMES NOW** the Plaintiff, Christopher Mack, by and through undersigned counsel and files this unopposed Motion to Stay ruling on the Defendant's Motion for Summary Judgment and would show unto the Court as follows:

Counsel for the Plaintiff and the Defendant have consulted and agreed to request that the plaintiff be given thirty (30) days to obtain medical records from Merit Health Crossgates to confirm the plaintiff's dates of treatment for the injuries alleged in the Complaint.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Plaintiff prays that this Honorable Court will stay its ruling on the Defendant's Motion for Summary Judgment until the agreed upon thirty days and confirmation of the treatment of the plaintiff.

**RESPECTFULLY SUBMITTED, this the 29th day of October 2024.**

                                                   **CHRISTOPHER MACK**

                                                   **/s/ TRENT L. WALKER**
                                                   **Trent L. Walker, MSB# 10475**

OF COUNSEL:
Trent L. Walker, Counselor at Law
5255 Keele St., Ste-A
Jackson, Mississippi 39206
601-321-9540
Trent@Trentwalkeresq.com

## CERTIFICATE OF SERVICE

I, Trent L. Walker, do hereby certify that on this day, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF filing system, which sent a true and correct copy of the document to all counsel of record as follows:

Jason E. Dare, Esq.
Jdare@bislawyers.com

Catouche Body, Esq.
Attybody@gmail.com

**RESPECTFULLY SUBMITTED, THIS THE 3rd DAY OF OCTOBER 2024.**

                                                             /s/ TRENT L. WALKER
                                                              TRENT L. WALKER