UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISTOPHER MACK                                                      PLAINTIFF

v.                                                 CAUSE NO. 3:24cv306-CWR-ASH

RANKIN COUNTY, MISSISSIPPI;
RICKY DAVIS; BRETT McALPIN;
DEPUTY CHAMBLEE and JOHN DOE 1,
JOHN DOE 2, JOHN DOE 3, JOHN DOE 4,
JOHN DOE 5 and JOHN DOE 6                            DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court pursuant to FED. R. CIV. P. 41(a)(2), in which Plaintiff, Christopher Mack, requests that all of his claims against all Defendants be dismissed with prejudice. This Court, being fully advised in the premises, finds that the terms of the dismissal are proper and hereby orders that any and all claims currently pending in this litigation are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all claims that were or could have been included in Plaintiff's [1] Complaint and/or any amendments thereto in the above-styled and numbered litigation are dismissed with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses.

This final judgment dismisses all claims in the instant litigation such that it may be finally closed on the Court's docket.

SO ORDERED AND ADJUDGED, this the 31st day of December, 2024.

                                                     s/ Carlton W. Reeves
                                                     UNITED STATES DISTRICT JUDGE

AGREED & REQUESTED BY:

  /s/ Trent L. Walker
Trent L. Walker, Esq. (trent@trentwalkeresq.com)
TRENT L. WALKER, COUNSELOR AT LAW

Catouche J.L. Body, Esq. (attybody@bodylawfirm.com)
THE BODY LAW FIRM, PLLC

*Counsel for Plaintiff, Christopher Mack*

AGREED:

  /s/ Jason E. Dare
Jason E. Dare, Esq. (jdare@bislawyers.com)
C. Stephen Stack, Jr., Esq. (sstack@bislawyers.com)
BIGGS, INGRAM & SOLOP, PLLC
*Counsel for Defendants, Rankin County & Ricky Davis*